UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH HIGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV00133 AGF |
| | ) | |
| JO ANN B. BARNHART, Comissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO MAKE AN ELECTION
AND RETURN FORM**

The above cause was assigned to the undersigned United States Magistrate Judge

by random selection under the Civil Justice Reform Act Expense and Delay Reduction

Plan for the United States District Court, Eastern District of Missouri (CJRA Plan), and

by administrative order this Court has jurisdiction and authority under 28 U.S.C. §

636(b).

Under the CJRA Plan and Local Court Rule 2.08(A), if a case is randomly

assigned to a magistrate judge, "each party <u>shall</u> execute and file within 20 days of its

appearance either a written consent to the exercise of authority by the magistrate judge

under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district

judge." (emphasis added)

The Clerk has informed this Court that the time for filing the consent/opt-out

forms in this case has expired and that a reminder and request have been sent by the

Clerk, but that signed consent/opt-out forms have not been received from all parties.

Therefore,

**IT IS HEREBY ORDERED** that by not later than **May 22, 2006,** any party who

has not done so shall file with the Clerk a signed consent/opt-out form.

FAILURE TO FILE THE FORM MAY RESULT IN THE IMPOSITION OF

SANCTIONS.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge


Dated May 10, 2006.