UNITED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KENNETH HIGHLEY,           )
                           )
        Plaintiff,         )
                           )
vs.                        )   Case No. 4:06CV00133 AGF
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social Security, )
                           )
        Defendant.         )

## JUDGMENT

Pursuant to the Memorandum and Order issued herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered on behalf of Defendant and against Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 5th day of March, 2007.